IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00309-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| CHRISTOPHER SCOTT HARRISON, | |
| Defendant. | |

This matter comes before the court on Defendant's Motion for Recommendation [DE 29]. For good cause shown, the motion is GRANTED. *See* Oral Order, June 23, 2023. As part of Defendant's sentence, the court will recommend that the Bureau of Prisons ("BOP") designate Defendant to one of the following BOP facilities: (1) FPC Pensacola (in Pensacola, Florida); or (2) FPC Montgomery (in Montgomery, Alabama).

SO ORDERED this __3__ day of July, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE