IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00309-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| CHRISTOPHER SCOTT HARRISON, | |
| Defendant. | |

This matter comes before the court on Defendant's Motion to Amend the Judgment [DE 34]. Defendant asserts that "the Court granted Mr. Harrison's motion allowing him to report on or after September 15, 2023. This provision, however, was not included in the written judgment entered by the Court on July 5, 2023." *Id.* Defendant is mistaken; page 2 of the Judgment reflects that "[t]he defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons ... as notified by the United States Marshal. (No earlier than 9/15/2023.)." DE 31 at 2. Accordingly, Defendant's motion is DENIED.

SO ORDERED this 6th day of July, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE