IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00309-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER SCOTT HARRISON, | ) | ORDER TO UNSEAL |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TD AMERITRADE, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

This matter comes before the court on the United States' Motion to Unseal [DE 48]. For good cause shown, the motion is GRANTED. The government's Application for Writ of Garnishment [DE 42] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE 46, 46-1] in the above-captioned case shall be unsealed.

SO ORDERED this 24th day of July, 2025.

RICHARD E. MYERS II
Chief United States District Judge