IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22CR00309-001M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v | ) | |
| CHRISTOPHER SCOTT HARRISON, | ) | |
| Defendant, | ) | AGREED ORDER IN GARNISHMENT |
| v. | ) | |
| TD AMERITRADE, INC., | ) | |
| Garnishee. | ) | |

A Writ of Garnishment, directed to TD Ameritrade, Inc., has been duly issued and served. D.E. 46, 52. Pursuant to the Writ of Garnishment, Charles Schwab & Co., Inc. as Successor in Interest to TD Ameritrade, Inc. filed an Answer on July 22, 2025. D.E. 50. Defendant Christopher Scott Harrison ("Harrison") filed a request for a hearing, and the United States filed a response opposing this request. D.E. 51, 53, respectively.

The United States and Harrison now agree to entry of this Agreed Order in Garnishment without need for a hearing or further process. Accordingly, the Court hereby ORDERS as follows:

1. Charles Schwab & Co., Inc. is directed to liquidate sufficient assets from the account identified in the Answer ending in Account No. 7162, including securities if necessary, to make an immediate payment of $20,000.00 to the United States

pursuant to the instructions below. Such liquidation and payment shall occur no later than September 30, 2025.

2. On a date that is no earlier than January 1, 2026, and no later than February 2, 2026, Charles Schwab & Co., Inc. shall liquidate sufficient assets from the account identified in the Answer ending in Account No. 7162, including securities if necessary, to make a payment of $10,000.00 to the United States pursuant to the instructions below. Such liquidation and payment shall occur no later than February 2, 2026.

3. On a date that is no earlier than January 1, 2027, and no later than February 1, 2027, Charles Schwab & Co., Inc. shall liquidate all remaining assets in the account identified in the Answer ending in Account No. 7162, including securities, and remit payment to the United States for the value of such liquidated assets. Such liquidation and payment shall occur no later than February 1, 2027.

4. Unless directed otherwise by the United States Attorney's Office, for all payments directed in this Agreed Order, checks should be made payable to: **U.S. District Court** and mailed to:

> U.S. District Court
> P.O. Box 25670
> Raleigh, NC 27611

5. In order to ensure that payments are credited properly, please include Court Number 5:22CR00309-001M on each check.

6. Harrison is prohibited from taking any action to remove, transfer, liquidate, sell, or diminish any assets in the account identified in the Answer ending in Account No. 7162, without further Order of this Court or the written permission of the United States Attorney's Office.

7. Harrison agrees to and shall execute any necessary documents to effectuate the terms of the Agreed Order.

SO ORDERED, this the 7th day of August, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
Chief United States District Court Judge

CONSENTED TO:

_____  DATE: 8/6/25
BENJAMIN J. HIGGINS
Assistant United States Attorney
Attorney for the United States

_____  DATE: 8-6-25
CHRISTOPHER SCOTT HARRISON
Judgment Defendant

3