IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00309-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER SCOTT HARRISON,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se motion seeking return of his passport [DE 56]. Sentencing has been completed in this matter, judgment has been entered, and Defendant has completed his terms of imprisonment and supervised release. Accordingly, Defendant's motion is GRANTED. The copy of Defendant's passport currently held by the court shall be returned to him.

SO ORDERED this 29th day of September, 2025.

/s/ Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE